Exhibit 1
Response To
Dkt. 75

Page 1 of 7

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ANTONIO SMITH,

Plaintiff,

v. Case No. 23C0191

ERIC PETERS, et al.,

Defendants.

**DEFENDANTS' RESPONSE TO PLAINTIFF'S FIRST REQUEST FOR DOCUMENT PRODUCTION**

Defendants, Ryan Blount, Nathan Fosshage, Larry Fuchs, Cooper Lange, Jeffery Nguyen, Eric Peters, Jeremiah Phipps, Kevin Pitzen, and Dustin Rohwer, by their attorneys, Wisconsin Attorney General Joshua L. Kaul and Assistant Attorneys General Annie V. Petering and Rebecca A. Paulson, responds to Plaintiff's First Request for Document Production, as follows:

1. Please produce a copy of any and all records in your custody or control related to Conduct Report #294247, including, but not limited to, any handwritten submissions as Plaintiff's DOC-73 request for witnesses/evidence, handwritten questions to the witnesses, and appeal.

**RESPONSE: Plaintiff may refer to Bates Nos. DOC_0001 – 0013 for a copy of the documents related to Conduct Report #294247 retained by DOC. Because this conduct report was dismissed, the hard copy was not retained.**

2. Please produce a copy of any and all records in your custody or control related to Conduct Report #309615, including, but not limited to, any handwritten submissions such as Plaintiff's request for witnesses/evidence, handwritten questions to the witnesses, and appeal.

**RESPONSE: Plaintiff may refer to Bates Nos. 0014 – 0024 for a copy of the documents related to Conduct Report #309615 retained by DOC.**

3. Please produce a copy of all Incident Reports written with the plaintiff's name, Antonio Smith #275561, inside of them from the date of plaintiff's arrival to the date this request is processed at Columbia Correctional Institution (i.e. October of 2022 – thru – the date this request is processed).

**RESPONSE: Counsel for Defendants OBJECTS to this request on the grounds that it is overly broad, unduly burdensome, vague as to timeframe, and disproportionate to the needs of this case. Subject to and without waiving said objection, Plaintiff may refer to Bates Nos. DOC_0025 – 0174 for a copy of the incident reports from Columbia Correctional Institution between November 16, 2022 and March 23, 2023.**

3. Please produce any and all records/documents related to Columbia Correctional Institution staff contacting Columbia County Sheriff's Department/and or Columbia County Sheriff Detective Emily Leland, in the Month of November 2022, requesting that a drug/illegal substance detection device be brought to Columbia Correctional Institution in relations to the Plaintiff's three incoming piece's of legal mail that became the subject of Conduct Report #294247. This request shall be

interpreted as record(s)/documents of the Communication which, include, but is not limited to, emails, text messages, fax, recordings, and telephone bill.

**RESPONSE: Counsel for Defendants OBJECTS to this request on the grounds that it is overly broad, unduly burdensome, and disproportionate 4to the needs of this case. Subject to and without waiving said objection, Counsel for Defendants have requested a search of the defendants' DOC emails for the timeframe of November 1, 2022 to May 10, 2023 using the search terms "275561" OR "Smith" OR "Leland." Due to the voluminous nature of your request, we will supplement with additional documents as they become available.**

4. Please produce all email exchanges between all named defendants in this lawsuit that mentioned Plaintiff's name, Antonio Smith #275561.

**RESPONSE: Counsel for Defendants OBJECTS to this request on the grounds that it is overly broad, unduly burdensome, and disproportionate to the needs of this case. Subject to and without waiving said objection, Counsel for Defendants have requested a search of the defendants' DOC emails for the timeframe of November 1, 2022 to May 10, 2023 using the search terms "275561" OR "Smith" OR "Leland." Due to the voluminous nature of your request, we will supplement with additional documents as they become available.**

5. Please produce any and all records/and or documents created by all named defendants which are handwritten or typed investigative notes concerning the

plaintiff between the date of arrival at Columbia Correctional Institution, to the date this request is processed.

**RESPONSE: Counsel for Defendants OBJECTS to this request on the grounds that it is overly broad, unduly burdensome, vague as to timeframe, and disproportionate to the needs of this case. If Plaintiff narrows his request, Defendants may be able to provide a more substantive response.**

6. Please produce all DOC-240 read mail log forms created at Columbia Correctional Institution related to Plaintiff.

**RESPONSE: Upon reasonable inquiry, DOC has been unable to locate any DOC-240 forms for Plaintiff from CCI.**

7. Please produce all DOC-243 notice of Non-delivery of mail/publication created at Columbia Correctional Institution related to Plaintiff.

**RESPONSE: Upon reasonable inquiry, DOC has been unable to locate any DOC-243 forms for Plaintiff from CCI.**

8. Please produce a copy of any and all memorandums/correspondences sent by all herein named defendants in this claim to Plaintiff, which shall include correspondences plaintiff wrote to all defendants that was copied, responded to, and ultimately returned.

**RESPONSE: Counsel for Defendants OBJECTS to this request on the grounds that it is overly broad, unduly burdensome, vague as to timeframe, and disproportionate to the needs of this case. Subject to and without waiving said objection, Plaintiff may refer to Bates Nos. DOC_0175 – 0231.**

9. Please produce the video footage from the Body Worn Camera by defendant Cooper Lange, on November 16, 2022, of the cell entry on plaintiff, which was housed in Housing Unit 1 – Lower B-Tier, beginning at approximately 8:30 PM and completing in Restrictive Housing Unit. To be clear, plaintiff is requested defendant Lange, Body Worn Camera of the entire incident starting with the "No knock cell entry" from November 16, 2022.

**RESPONSE: Plaintiff may place a request with the Waupun Correctional Institution litigation coordinator, Mallory Born, to set up at time to review this video, which has been marked as Bates No. DOC_0232.**

10. Please produce the video footage from Housing Unit 1 – Lower B-Tier on November 16 2022, at approximately 8:30 PM depicting defendants exiting a cell with plaintiff/where plaintiff alleged the excessive force was used. Also produce the video footage from Housing Unit 1, Day Room depicting the Restraint Chair being brought to the Unit by staff, and plaintiff being placed into the Restraint Chair and exiting the Housing Unit on November 16, 2022.

**RESPONSE: Plaintiff may place a request with the Waupun Correctional Institution litigation coordinator, Mallory Born, to set up at time to review these videos, which has been marked as Bates Nos. DOC_0233 – 0235.**

11. Please produce video footage from the handheld recorder on November 16, 2022, depicting defendant Lange explaining the reason for the cell entry, and also depicting the staff assistant strip search.

**RESPONSE: Plaintiff may place a request with the Waupun Correctional Institution litigation coordinator, Mallory Born, to set up at time to review these videos, which have been marked as Bates Nos. DOC_0236 – 0237.**

12. Please produce Body Worn Camera of Officer Fleiner from November 18-19, 2022, at plaintiff's cell front in Restrictive Housing Unit Cell Upper B-Tier 42. Also Body Worn Camera from the sergeant on the same date at plaintiff's cell front which captured plaintiff's injuries, at approximately 8:00 PM.

**RESPONSE: Plaintiff may place a request with the Waupun Correctional Institution litigation coordinator, Mallory Born, to set up at time to review this video, which has been marked as Bates No. DOC_0238.**

13. Please produce defendant Dustin Rohwer Body Worn Camera at Plaintiff's cell front in Restrictive Housing Unit Cell No. Upper B-Tier 42 on November 27, 2022, at approximately 4:40 PM.

**RESPONSE: Plaintiff may place a request with the Waupun Correctional Institution litigation coordinator, Mallory Born, to set up at time to review this video, which has been marked as Bates No. DOC_0239.**

14. Please produce defendant Nathan Fosshage Body Worn Camera while at plaintiff's cell front in Restrictive Housing Unit, and Upper B-Tier hallway camera, both from December 13, 2022, at approximately 10:40 PM – 11:15 PM.

**RESPONSE: Plaintiff may place a request with the Waupun Correctional Institution litigation coordinator, Mallory Born, to set up at time to review this video, which has been marked as Bates No. DOC_0240.**

Dated March 15, 2024.

Respectfully submitted,

JOSHUA L. KAUL
Attorney General of Wisconsin

Electronically signed by:

s/Annie V. Petering
ANNIE V. PETERING
Assistant Attorney General
State Bar #1102422

REBECCA A. PAULSON
Assistant Attorney General
State Bar #1079833

Attorneys for Defendants Blount, Fosshage, Fuchs, Lange, Nguyen, Peters, Phipps, Pitzen, and Rohwer.

Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin 53707-7857
(608) 266-9227 (Petering)
(608) 266-0278 (Paulson)
(608) 294-2907 (Fax)
peteringav@doj.state.wi.us
paulsonra@doj.state.wi.us